**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PALM PARKWAY DEVELOPMENT
COMPANY, LLC,

        Plaintiff,

vs.                                 Case No. 6:13-cv-858-Orl-37DAB

GREYSTAR GP II, LLC,

        Defendant.

_____

**ORDER**

    This cause is before the Court on its own motion. On June 6, 2013, the Court

ordered Defendant to show cause by written response why this case should not be

remanded to the state court for lack of subject matter jurisdiction. (Doc. 7.) As the Court

explained in that Order, Defendant's Notice of Removal is deficient in that it fails to

properly allege the citizenship of the parties. (*Id.*) Rather than providing proper

citizenship allegations, Defendant filed a notice that states it has no objection to

remand. (Doc. 8.)

    Defendant's notice does not address the issue that the Court directed Defendant

to answer suggesting the absence of a good faith basis for removal. In any event, lack

of subject matter jurisdiction is better identified sooner rather than later. Since the

imposition of sanctions for improvident removal would likely engender additional

litigation the Court will resist the temptation.

    Accordingly, it is hereby **ORDERED AND ADJUDGED**:

    1.    This action is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit

            in and for Orange County, Florida, because of the lack of original subject

matter jurisdiction.

2.     The Clerk of Court is directed to send a certified copy of this Order to the

Clerk of the County Court of the Ninth Judicial Circuit in and for Orange

County, Florida, and to close this file thereafter.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 13, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:
Counsel of Record